HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
LORENZO JEROME DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:13-cr-373 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE; SET |
| vs. | ) CHANGE OF PLEA AND EXCLUDING TIME |
| LORENZO JEROME DAVIS, JR., | ) Date: February 21, 2014 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, attorney for defendant LORENZO JEROME DAVIS, JR., that the status conference hearing date of January 17, 2014 be vacated, and the matter be set for a change of plea on February 21, 2014 at 9:00 a.m.

The reason for this continuance is to allow defense counsel to review the proposed plea offer with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 21, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Dated:  January 16, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ MATTHEW C. BOCKMON*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LORENZO JEROME DAVIS, JR.

Dated: January 16, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Bockmon for*
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 17, 2014, status conference hearing be continued to February 21, 2014, at 9:00 a.m. for a change of plea.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 21, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  January 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge