HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
LORENZO JEROME DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:13-cr-373 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; SET |
| vs. | ) CHANGE OF PLEA AND EXCLUDING TIME |
| LORENZO JEROME DAVIS, JR., | ) Date: March 21, 2014 |
| Defendant. | ) Time: 9:00 a.m. ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, attorney for defendant LORENZO JEROME DAVIS, JR., that the status conference hearing date of February 21, 2014 be vacated, and the matter be set for a change of plea on March 21, 2014 at 9:00 a.m.

The reason for the continuance is because defense counsel is currently in trial before the Honorable William B. Shubb in the matter of *US v. Longley*, et al., 11-cr-511.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 21, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Stipulation to Continue Status Conference    *U.S. v Davis, 2:13-cr-373 GEB*

1  Dated: February 18, 2014

2                                                     Respectfully submitted,

3                                                     HEATHER E. WILLIAMS
                                                      Federal Defender

/s/ MATTHEW C. BOCKMON
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LORENZO JEROME DAVIS, JR.

Dated: February 18, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew Bockmon for
                                  CHRISTIAAN HIGHSMITH
                                  Assistant U.S. Attorney

UPON GOOD CAUSE SHOWN and the stipulation of all parties, the February 21, 2014, status conference hearing is continued to March 21, 2014, at 9:00 a.m. for a status hearing. Based on the representation of defense counsel and good cause appearing therefrom, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 21, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge